IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHE PEAK, | |
|       Plaintiff, | 8:16-CV-230 |
| vs. | |
| ADVANCE STORES COMPANY, INC., | JUDGMENT |
|       Defendant. | |

On the parties' joint Stipulation for Dismissal (filing 17), this action is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Dated this 22nd day of August, 2016.

BY THE COURT:

_John M. Gerrard_ (signature)
John M. Gerrard
United States District Judge